**Ronald Ray CURRY, Plaintiff–Appellant**

v.

**John DOE, 2nd Shift Intake Officer at the Scott County Jail on 7/17/10, Defendant–Appellee.**

**Dennis Conard, Scott County Sheriff; Scott County Jail, Scott County Sheriff; Clifford G. Tebbitt, Scott County Sheriff, Defendant.**

No. 12–2681.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 23, 2013.

Filed: Jan. 29, 2013.

Ronald Ray Curry, Mount Pleasant, IA, pro se.

Robert Lee Cusack, Davenport, IA, for Defendant–Appellee.

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Iowa inmate Ronald Curry appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 civil action alleging a violation of his Eighth Amendment rights. Upon careful de novo review, *see Holden v. Hirner,* 663 F.3d 336, 340 (8th Cir.2011) (standard of review), we conclude that summary judgment was properly granted for the reasons stated by the district court. We also conclude the district court did not abuse its discretion in denying reconsideration. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.